## UNITED STATES OF AMERICA, Plaintiff–Appellee,

v.

## Timothy Brian FREEGARD, Defendant–Appellant.

No. 01–30425.
D.C. No. CR–01–00241–Z.

United States Court of Appeals, Ninth Circuit.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted June 9, 2003.*

Decided June 16, 2003.

Before RYMER, THOMAS and SILVERMAN, Circuit Judges.

## MEMORANDUM **

Timothy Brian Freegard appeals his guilty-plea conviction and 120–month sentence for bank robbery, in violation of 18 U.S.C. § 2113(a).

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Freegard has filed a brief stating that there are no meritorious issues for review, and a motion to withdraw as counsel of record. Freegard has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no further issues for review. Counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.